**Richard T. MAYS, Plaintiff—Appellant,**

v.

**Keith WHITENER, Superintendent; Danny Freeman, Unit Manager; Toni Banks, Assistant Unit Manager, Defendants–Appellees.**

No. 15–7500.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2016.

Decided: Feb. 23, 2016.

Richard T. Mays, Appellant Pro Se.

Before KEENAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard T. Mays appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mays v. Whitener,* No. 1:14–cv–00268–FDW, 2015 WL 1918881 (W.D.N.C. Apr. 28, 2015). We deny Mays' motion for injunction, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*